[No. 52764-9-I.   Division One.   October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH P. HICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00336-2, James B. Sawyer II, J., entered December 26, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52772-0-I.   Division One.   October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS C. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00013-8, Gary Tabor, J., entered May 30, 2002. *Reversed* by unpublished per curiam opinion.

[No. 52776-2-I.   Division One.   October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TANYA[†] A. WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00652-5, Frank Cuthbertson, J., entered August 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52783-5-I.   Division One.   October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON PHILLIP WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01098-9, Anna M. Laurie, J., entered September 16, 2002. *Affirmed* by unpublished per curiam opinion.

---

[†]The true and correct spelling of appellant's name "Tania" will be used in this opinion.